# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

**IN RE:**

**Robert and Dawn Scheitz**
Debtor.

_____/

**Case No. 08-48374**
Chapter 7
Honorable Phillip Shefferly

## VOLUNTARY CONVERSION OF CASE UNDER CHAPTER 13 CASE TO CHAPTER 7 CASE BY DEBTOR

The Debtors, by and through their attorney, Michelle Marrs, state the following in support of this voluntary conversion:

1. Debtors' circumstances have changed and wish to convert their case from chapter 13 to chapter 7.

2. Debtors wish to surrender the real property that was the subject of their chapter 13 plan.

3. Debtors are in the process of a divorce.

3. Any payroll order in place shall immediately cease.

WHEREFORE, it is requested that this case be converted from a Chapter 13 case to a Chapter 7 case.

Date:__February 4, 2010_____          __/s/ Robert Scheitz_____

Date:__February 4, 2010_____          __/s/ Dawn Scheitz_____

Date: __February 4, 2010_____          __/s/ Michelle Marrs_____
                                            Michelle Marrs (P59651)
                                            Marrs & Terry, PLLC
                                            Attorney for Debtor
                                            6553 Jackson Avenue
                                            Ann Arbor, MI 48103
                                            734-663-0555